UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDREW GILBERT CRUZ,

Plaintiff

v.

NEVADA DEPARTMENT OF PAROLE AND PROBATION,

Defendant

Case No. 2:26-cv-01535-GMN-BNW

**ORDER**

On May 19, 2026, pro se plaintiff Andrew Gilbert Cruz, an inmate in the custody of the Clark County Detention Center, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff paid the full $405 filing fee. (*See* ECF No. 4-1.) However, due to a docketing error, it appeared that Plaintiff had not paid the filing fee or submitted an application to proceed *in forma pauperis*, so the Court ordered Plaintiff to do so. (*See* ECF Nos. 1-1, 3). The docket has been corrected to reflect that Plaintiff has paid the filing fee. (ECF No. 4-1.) The Court, therefore, will vacate the June 15, 2026 order directing the Plaintiff to file an ifp or pay the filing fee. (ECF No. 3.) The Court will screen Plaintiff's Complaint under 28 U.S.C. § 1915A in due course.

It is therefore ordered that the Court's order dated June 15, 2026 (ECF No. 3) is vacated. No further action is required by Plaintiff at this time. The Complaint is ready for screening and will be screened in due course.

DATED: June 24, 2026

_____
UNITED STATES MAGISTRATE JUDGE